IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Wright, Arthur

Printed: 3/4/08

Case Number: 07 B 21471
Judge: Hollis, Pamela S
Filed: 11/15/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: February 29, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Leeders & Associates LTD | Administrative | 2,880.00 | 0.00 |
| 2. | Santander Consumer USA | Secured | 28,611.00 | 0.00 |
| 3. | Santander Consumer USA | Unsecured | 353.86 | 0.00 |
| 4. | Capital One | Unsecured | 165.71 | 0.00 |
| 5. | Capital One | Unsecured | 174.99 | 0.00 |
| 6. | AT&T Wireless | Unsecured | 133.76 | 0.00 |
| 7. | Computer Credit Service Corp | Unsecured | | No Claim Filed |
| 8. | Medical Collections | Unsecured | | No Claim Filed |
| 9. | Portfolio Recovery Associates | Unsecured | | No Claim Filed |
| 10. | Resurgent Capital Services | Unsecured | | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 32,319.32 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Wright, Arthur | Case Number:  07 B 21471 |
| | Judge:  Hollis, Pamela S |
| Printed:  3/4/08 | Filed:  11/15/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

